**Electronically Filed
Supreme Court
SCWC-22-0000441
01-OCT-2025
12:12 PM
Dkt. 19 OGAC**

SCWC-22-0000441

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BOOKING.COM B.V.,
Petitioner/Plaintiff-Appellant,

vs.

GARY S. SUGANUMA, in his official capacity as the Director
of Taxation, and STATE OF HAWAIʻI Department of Taxation,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000441; CASE NO. 19-1-0107-01 (GWBC))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J.; Eddins, Ginoza, and Devens, JJ.; and
Circuit Judge Castagnetti, in place of Recktenwald, C.J., recused)

Petitioner's Application for Writ of Certiorari, filed

on August 6, 2025, is hereby accepted and will be scheduled for

oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, October 1, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladmir P. Devens

/s/ Jeannette H. Castagnetti


